| Cause number: | 01-16-00047-CV |
| --- | --- |
| Style: | In re MarOpCo, Inc. |

| | |
| --- | --- |
| Date motion filed*: | February 10, 2016 |
| Type of motion: | Motion for Leave to File a Sur-Reply to Relator's Petition for Writ of Mandamus |
| Party filing motion: | Real Parties in Interest |
| Document to be filed: | Sur-Reply to Relator's Petition for Writ of Mandamus |

If motion to extend time:

    Original due date:

    Number of previous extensions granted:      0      Current Due date:

    Date Requested:

Ordered that motion is:

    ☐    Granted

        If document is to be filed, document due:

        ☐    The Court will not grant additional motions to extend time absent extraordinary circumstances.

    ☐    Denied

    ☑    Dismissed

    ☐    Other: _____

Real parties in interest's Sur-Reply to Relator's Petition for Writ of Mandamus was filed in this proceeding on February 4, 2016. Accordingly the motion for leave, filed on February 10, 2016, is dismissed as moot.

Judge's signature:   /s/ Terry Jennings
               ☑ Acting individually    ☐ Acting for the Court

Date:  February 23, 2016